UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| EMILY OTANI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:10-cv-07217-R -MAN |
| ) | |
| PERSOLVE, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON STIPULATION TO DISMISS

Based upon the Stipulation to Dismiss by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1), the above-reference matter is hereby dismissed with prejudice, both sides to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: March 21, 2012

_____
The Honorable Judge
United States District Judge